**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Garrette F. Roche a/k/a Garrett F. Roche
Jr.

               **Debtor(s)**

**BK NO. 22-00534 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                        Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
13 Sep 2022, 14:50:24, EDT

          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          215-627-1322

Document ID: f06d6af74f506f6c1c73a633310d19b16b310dab955c6a15a313d90e4e4aade