IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Garrette F. Roche, Jr., a/k/a Garrett F. Roche, Jr.<br>Debtor | CHAPTER 13 |
| | CASE NO. 1:22-00534-HWV |
| Nationstar Mortgage LLC<br>Movant | |
| Garrette F. Roche, Jr., a/k/a Garrett F. Roche, Jr.<br>Debtor | |
| JACK N. ZAHAROPOULOS<br>TRUSTEE | |

**DEBTOR'S RESPONSE TO NATIONSTAR MORTGAGE LLC MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

1. Movant, Nationstar Mortgage LLC, filed its Motion for Relief from Stay on September 22, 2022.

2. Debtor acknowledges some mortgage payments are past due.

3. Debtor desires the opportunity to cure any post-petition mortgage arrears and keep his home.

4. Debtor requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtor, Garrette F. Roche, Jr., prays the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed September 22, 2022, by Nationstar Mortgage LLC.

Dated: September 22, 2022

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 243-4770 Phone
(717) 632-3612 Fax