United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                        Case No. 22-00534-HWV
Garrette F. Roche, Jr.                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                User: AutoDocke                                    Page 1 of 2
Date Rcvd: Oct 24, 2023                       Form ID: pdf010                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5472515 | + Email/Text: bankruptcy@cavps.com | Oct 24 2023 21:20:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023                          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Nicholas G. Platt
    on behalf of Debtor 1 Garrette F. Roche Jr. ngp@mooney4law.com, plattnr61895@notify.bestcase.com

Paul C Bametzreider
    on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com dhiggins@reillywolfson.com

Roger Fay
    on behalf of Creditor NATIONSTAR MORTGAGE LLC rfay@alaw.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>GARRETTE F. ROCHE, JR.<br>Debtor | : | CHAPTER 13 |
| | : | CASE NO. 1:22-bk-00534 |
| GARRETTE F. ROCHE, JR.,<br>Movant | : | |
| v. | : | |
| CAVALRY SPV I, LLC<br>Respondent | : | |

## ORDER

Upon consideration of the Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code filed by the Debtor, Doc. 42 it is

**ORDERED** that the Motion is **GRANTED**. The judgment of Cavalry SPV I, LLC entered in Adams County at Docket #2020-SU-579 is avoided and Cavalry SPV I, LLC is classified as a general unsecured creditor. It is further

**ORDERED** that a certified copy of this Order may be filed with the Prothonotary of Adams County and the Prothonotary is directed to terminate the judgment in the judgment indices.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 24, 2023